# Court of Appeals
# of the State of Georgia

ATLANTA, January 28, 2025

*The Court of Appeals hereby passes the following order*

**A25I0129. SHARA SPRY et al v. FRED SKELLHAM.**


Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

19CVE1049



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, January 28, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*